UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLANDO R. JIMENEZ,**<br><br>  Plaintiff,<br><br>  v.<br><br>**JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security,**<br><br>  Defendant. | Civil Action No. 11-1439 (JEB) |

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE;

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: May 15, 2012

1